IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANGEL SOLANO, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-32 (HL-TQL) |
| | * |
| SHAWN EMMONS, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 19, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 19th day of October, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk